# EXHIBIT A

# For better patient outcomes...
# Recommend Florajen
# with antibiotic scripts

## Florajen® Acidophilus

**For restoring a healthy balance of vaginal flora**

- Antibiotic-associated Vaginitis
- Persistent Vaginitis
- Yeast Infections



**For Antibiotic Side Effects** and other Probiotic Health Benefits

## Florajen3®

**For gastrointestinal health and general wellness**

- Prevention of Traveler's Diarrhea
- Antibiotic-associated Diarrhea
- Irritable Bowel Syndrome
- Bloating or Poor Digestion
- General Health and Wellness



*Available in Pharmacy Refrigerators and Store Coolers Nationwide*



*Florajen is refrigerated for maximum potency.*

## Florajen4Kids®

**Safe and effective for children of all ages***

*Gluten-free, vegetarian, dairy-free*

- Diarrhea and Colic
- Eczema and Allergies
- Cold and Flu Symptoms

*For children under 6 months old, it's always best to consult a healthcare professional before use.





For young children, open capsule and sprinkle on cold food and drinks, or mix with powdered formula.

*Florajen probiotics are 100% manufactured in GMP (Good Manufacturing Practice) U.S. certified facilities.*

*All Florajen probiotics are gluten-free and dairy-free.*



**Florajen® High Potency Probiotics**     www.florajen.com

Statements have not been evaluated by the Food and Drug Administration. These products are not medicinal and are not intended to diagnose, treat, cure or prevent any disease.